AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huennekens, Kevin R. | Virginia - Bankruptcy Court | 04/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

701 East Broad Street
Fifth Floor
Richmond, VA 23219-1888

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 04/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2/1/2018 | LexisNexis - publication Royalty | $800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 16-17, 2018 | Washington, DC | Annual Meeting | Hotel Room |
| 2. | Northern Virginia Bankruptcy Bar Association | March 22-23, 2018 | Fairfax, VA | Faculty for legal education seminar | Transportation, Meals, Hotel Room |
| 3. | Virginia State Bar | April 18-19, 2018 | Vienna VA | Faculty for legal education seminar | Transportation, Meals, Hotel Room |
| 4. | American Bankruptcy Institute | April 25-26, 2018 | Washington, DC | Faculty for legal educaton program | Transportation, Meals & Hotel Room |
| 5. | Maryland Bankruptcy Bar Association | May 4-5, 2018 | Annapolis, MD | Faculty for legal education program | Transportation, meals & Hotel Room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Huennekens, Kevin R.** | 04/24/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Virginia State Bar | September 14-15, 2018 | Charlottesville, VA | Faculty for legal educaton program | Transportation, Meals & Hotel Room |
| 7. | NCBJ | October 27-29, 2018 | Las Vegas, NV | Attend Board Meeting at annual meeting | Transportation, Meals & Hotel Room |
| 8. | American Bankruptcy Institute | October 21, 2018 | Washington, DC | Faculty for legal educaton program | Transportation, Meals & Hotel Room |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 04/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual adjustable Complife Policy | C | Dividend | M | T | | | | | |
| 2. First Nat'l Bank of Omaha - Health Savings Account | A | Interest | J | T | | | | | |
| 3. IRA for MEH IMLBX | A | Int./Div. | K | T | | | | | |
| 4. Wells Fargo Savings Account | A | Interest | J | T | | | | | |
| 5. BB&T Checking Account | A | Interest | J | T | | | | | |
| 6. Wells Fargo Advisors Cap Account - 9801 | A | Interest | K | T | | | | | |
| 7. IRA #1 for KRH (Account 5991) | D | Int./Div. | N | T | | | | | |
| 8. - cash and sweep ballances in Wells Fargo Account 5991 | A | Interest | J | T | | | | | |
| 9. - VWO | A | Int./Div. | K | T | | | | | |
| 10. - VEA | A | Int./Div. | K | T | Buy (add'l) | 09/11/18 | J | | |
| 11. - IJH | A | Int./Div. | K | T | Buy | 01/05/18 | K | | |
| 12. - XLF | A | Int./Div. | K | T | | | | | |
| 13. - XLV | A | Int./Div. | J | T | Sold (part) | 09/11/18 | J | C | |
| 14. - XLY | A | Int./Div. | J | T | Sold (part) | 06/15/18 | J | B | |
| 15. | | | | | Sold (part) | 09/11/18 | J | B | |
| 16. - XLI | A | Int./Div. | J | T | | | | | |
| 17. - VNQ | A | Int./Div. | J | T | Sold (part) | 06/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/22/18 | J | | |
| 19. - VGT | A | Int./Div. | J | T | Sold (part) | 09/11/18 | J | C | |
| 20. | | | | | Sold (part) | 10/22/18 | J | B | |
| 21. - BND | A | Interest | | | Sold | 01/05/18 | J | | |
| 22. -AGG | B | Interest | L | T | Sold (part) | 01/05/18 | J | | |
| 23. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 24. - HYG | A | Interest | J | T | | | | | |
| 25. - PCY | A | Int./Div. | J | T | Buy (add'l) | 04/04/18 | J | | |
| 26. -RWO | A | Int./Div. | | | Sold | 06/15/18 | K | A | |
| 27. - IVV | B | Int./Div. | L | T | Buy (add'l) | 01/05/18 | J | | |
| 28. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 29. - IWM | A | Int./Div. | K | T | Buy (add'l) | 01/05/18 | J | | |
| 30. | | | | | Sold (part) | 06/15/18 | J | | |
| 31. - VCIT | | None | | | Sold | 04/04/18 | J | | |
| 32. - PDBC | A | Int./Div. | J | T | Buy | 09/11/18 | J | | |
| 33. - IEMG | A | Int./Div. | K | T | Buy | 09/11/18 | K | | |
| 34. - EMB | B | Int./Div. | K | T | Buy | 06/15/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - VNQI | A | Int./Div. | J | T | Buy | 06/15/18 | J | | |
| 36. | | | | | Sold<br>(part) | 10/22/18 | J | | |
| 37.   - VCSH | A | Int./Div. | J | T | Buy | 04/04/18 | J | | |
| 38. | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 39. | | | | | Sold | 09/11/18 | J | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 04/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 7 - Entry isted in Column A is a header. Each asset held in this account is listed seperately at lines 8 through 39

| Name of Person Reporting | Date of Report |
|---|---|
| Huennekens, Kevin R. | 04/24/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin R. Huennekens**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544